UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LOCAL JOINT EXECUTIVE BOARD OF LAS VEGAS; BARTENDERS & BEVERAGE DISPENSERS UNION LOCAL 165,<br><br>Petitioners,<br><br>vs.<br><br>RIO PROPERTIES, LLC., a Nevada corporation, and DOES 1-100.<br><br>Respondent. | Case No.  2:11-cv-01462-LRH -CWH<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>Rule 41(a)(1)(A)(ii) |

### STIPULATION TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Petitioners Local Joint Executive Board of Las Vegas ("LJEB") and Bartenders and Beverage Dispensers Union Local 165 ("Local 165") and Respondent Rio Properties, LLC ("Respondent") (collectively, "Parties") that the above-captioned

1

action is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Each Party will bear its own costs and attorneys' fees.

Dated: April 30, 2012    McCRACKEN, STEMERMAN & HOLSBERRY

By: _____
SARAH GROSSMAN-SWENSON #11979
McCRACKEN, STEMERMAN & HOLSBERRY
1630 South Commerce Street, Suite A-1
Las Vegas, Nevada 89102
PH:   (702) 386-5107
FAX:  (702) 386-9848
*Attorneys for Petitioners*
*Local Joint Executive Board of Las Vegas* and
*Bartenders and Beverage Dispensers Union Local 165*

Dated: April 25th, 2012    **FISHER & PHILLIPS, LLP**

By: _____
MARK J. RICCIARDI #3141
DAVID DORNAK #6274
FISHER & PHILLIPS, LLP
*Attorneys for Respondent Rio Properties LLC*

IT IS SO ORDERED:

DATED this 8th day of May, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2